UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VICTORIA POYNTER,<br><br>        Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | § § § § § § § § § § § § §  Civil Case No. 2:18-cv-00085-WCB-RSP |

### ORDER OF DISMISSAL

As per the parties' Stipulation of Dimissal (Doc. 17), this matter is hereby dismissed with prejudice as to all claims and counterclaims that were made or could have been made by the respective parties and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

SIGNED this 20th day of May, 2020.

_William C. Bryson_
_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE